IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

JOHN ROBERSON

INFORMATION
5:09mj77-LB

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about May 12, 2009, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the defendant,

JOHN ROBERSON

did unlawfully drive a motor vehicle with knowledge that his license and/or driving privileges were cancelled, suspended or revoked, in violation of Section 322.34(2), Florida Statutes and Title 18, United States Code, Sections 7 and 13.

COUNT TWO

That on or about May 12, 2009, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the defendant,

JOHN ROBERSON,

did possess an open container of an alcoholic beverage while operating a motor vehicle,

Filed0624'09UsDcFlnPM1258

in violation of Section 316.1936, Florida Statutes and Title 32, Code of Federal Regulations, Part 210.

THOMAS F. KIRWIN
United States Attorney

6/20/08
DATE